UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

LAW OFFICE OF JEANNIE MORRIS

VERSUS

THE TRAVELERS INDEMNITY
COMPANY

CIVIL ACTION

NO. 06-766-A

FILED
U.S. DIST COURT
MIDDLE DIST OF LA

2007 JUN 12 P 4: 17

SIGN
BY DEPUTY CLERK

## RULING

The court, having carefully considered the petition, the record, the law applicable to this action, the Report and Recommendation (doc. 8) of United States Magistrate Judge Docia L. Dalby dated May 28, 2007, to which no objection has been filed, hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein.

Accordingly, this matter is remanded to the 19th Judicial District Court for the Parish of East Baton Rouge, State of Louisiana, for lack of jurisdiction over the subject matter.

Baton Rouge, Louisiana, June 12, 2007.

JOHN V. PARKER, JUDGE
MIDDLE DISTRICT OF LOUISIANA

Additional Notices Sent to:

cc: 19th JDC